*Clipse, Petitioner, v. Commercial Driver Servs., Inc., et al., Respondents*, No. 92299-3. Petition for review of a decision of the Court of Appeals, No. 45407-6-II, August 25, 2015, 189 Wn. App. 776. *Denied* March 31, 2016.

*Cent. Puget Sound Reg'l Transit Auth., Respondent, v. Airport Inv. Co., Petitioner*, No. 91653-5. Petition for review of a decision of the Court of Appeals, No. 70958-5-I, January 26, 2015, 185 Wn. App. 1033. *Granted* October 22, 2015.

*Quinault Indian Nation et al., Petitioners, v. Imperium Terminal Servs., LLC et al., Respondents*, No. 92552-6. Petition for review of a decision of the Court of Appeals, Nos. 45887-0-II, 45947-7-II, and 45957-4-II, October 20, 2015, 190 Wn. App. 696. *Granted* April 27, 2016.

*Entila et al., Respondents, v. Cook et al., Petitioners*, No. 92581-0. Petition for review of a decision of the Court of Appeals, No. 73116-5-I, October 5, 2015, 190 Wn. App. 477. *Granted* April 27, 2016.

*In re Parentage of M.H. Bell, Petitioner, v. Heflin, Respondent*, No. 92620-4. Petition for review of a decision of the Court of Appeals, No. 72527-1-I, September 28, 2015, 190 Wn. App. 1020. *Granted* April 27, 2016.

*Aiken, Respondent, v. Aiken, Petitioner*, No. 92631-0. Petition for review of a decision of the Court of Appeals, No. 73129-7-I, November 9, 2015, 191 Wn. App. 1009. *Granted* April 27, 2016.

*State, Respondent, v. Zain, Petitioner*, No. 92639-5. Petition for review of a decision of the Court of Appeals, No. 47368-2-II, December 1, 2015, 191 Wn. App. 1033. *Granted on a specific issue* and *remanded* to the superior court April 27, 2016.